THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARWAY IMPROVEMENT COMPANY, Appellant, *v.* CHARLES W. BERRY, as Comptroller of the City of New York, et al., Respondents.

(Argued January 5, 1932; decided February 9, 1932.)

*James R. Deering* and *James J. Dunn* for appellant.

*Arthur J. W. Hilly*, Corporation Counsel (*William H. King* and *Isaac Phillips* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.